AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LORY MUNIZ (YOB 1977) | ) ) ) ) ) ) | Case No. **25mj781** |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 17, 2025__ in the county of __San Juan__ in the
_____ District of __New Mexico__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1153 | Offenses committed within Indian Country |
| 18 U.S. Code § 2241 (c) | Aggravated sexual abuse |
| N.M. STAT. ANN. § 30-6-1(D) | Abandonment or abuse of a child |

This criminal complaint is based on these facts:

See affidavit, attached and incoroporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Jared Harshbarger
*Printed name and title*

Electronically submitted and telephonically sworn to me.

Date: 04/17/2025

*Judge's signature*

City and state: Albuquerque, NM

Honorable Karen B. Molzen
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jared Harshbarger, being duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2021. I am currently assigned to the Albuquerque Field Office, Farmington Resident Agency. My primary duties as a Special Agent with the FBI include investigating crimes occurring in Indian Country, which include primarily investigating violent crimes that involve murder, assault, and crimes against children. I am familiar with the investigation and prosecution of violent crimes occurring in Indian Country, including the use of warrants to search for evidence. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, tribal and federal law enforcement agencies. As a Federal Agent, I am authorized to investigate violations of the laws of the United States and have authority to execute arrest and search warrants issued under the authority of the United States.

2. This affidavit is based upon my personal knowledge, and upon information reported to me by other federal, state, tribal, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. Throughout this affidavit, reference will be made to law enforcement officers. Law enforcement officers are those federal, state, tribal, and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation. This affidavit is also based upon

information gained from interviews with victims, whose reliability is established separately herein.

3. This affidavit is being submitted in support of a criminal complaint charging Lory Muniz (MUNIZ) with two criminal offenses: (1) 18 U.S.C. §§ 1153, 2241(c) – Aggravated Sexual Abuse occurring in Indian Country, and (2) 18 U.S.C. § 1153, N.M. STAT. ANN. § 30-6-1(D) – Abandonment and Abuse of a Child occurring in Indian Country. MUNIZ committed both offenses against John Doe. MUNIZ committed offense (2) against Jane Doe 1. For each offense, the specific act alleged, the relevant time frame, and the location of occurrence are described below.

## PROBABLE CAUSE – JOHN DOE

**Physical abuse**

4. MUNIZ has been and currently is a police officer with the Jicarilla Apache Nation. She has three children, one from a previous partner and two with another individual, Witness 1. MUNIZ's crimes concern acts of physical and sexual violence perpetrated against two of these children.

5. On April 4, 2025, Detective Christopher Rafferty from the Jicarilla Apache Police Department alerted the FBI that John Doe (year of birth 2011) told his biological father ("Witness 1") that his biological mother MUNIZ sexually assaulted John Doe from the approximate age of 7 until age 11. John Doe's initial disclosure mentioned penetration, but did not go into detail.

6. Upon initial investigation, agents learned MUNIZ was previously charged with child abuse in 2023 in the Jicarilla Apache Tribal Court. MUNIZ has not been

allowed to see her children, including John Doe, since that incident. After completing a period of deferred sentencing, MUNIZ returned to work as a police officer for the Jicarilla Apache Police Department on March 31, 2025.

7.     On April 9, 2025, John Doe, now 13 years old, was interviewed by FBI Child/Adolescent Forensic Interviewer ("CAFI") Heather Kimbell. The interview was conducted at FBI Farmington Resident Agency, 215 West Elm Street, Farmington, NM. In that interview, John Doe stated that he was physically abused by MUNIZ on numerous occasions from approximately 9 to 11 years of age (thus, from on or between September 22, 2021, to May 2023, after which John Doe and his siblings were no longer living with MUNIZ because of the prior child abuse case). John Doe recalled one specific incident during this time frame in which MUNIZ grabbed John Doe while he was playing PlayStation in his bedroom. MUNIZ pulled John Doe into MUNIZ'S bedroom, where MUNIZ then threw John Doe against the wall, slapped him, punched him in the face, and punched him in the gut. This abuse occurred at 13 Onate Street, Dulce, NM, where Doe resided with MUNIZ and his two sisters, Jane Doe 1 and Jane Doe 2.

8.     John Doe explained that after incidents of physical abuse, MUNIZ would apologize to John Doe. During this time frame, MUNIZ would physically strike Doe's head, arm, chest, and ribs approximately every few days, which Doe said caused him physical injury. Doe said he was scared of MUNIZ. MUNIZ sometimes did not allow Doe to go to school after hitting Doe because she did not want anyone to see Doe's injuries.

**Sexual abuse**

9.  John Doe also reported that he was sexually abused by MUNIZ on numerous occasions from approximately 6 to 12 years of age (thus, from on or between January 1, 2018, to April 9, 2024). The sexual abuse happened in MUNIZ'S bedroom and in the bathroom of the aforementioned residence in Dulce. John Doe stated that MUNIZ would take John Doe into her bedroom, strip off both of their clothes, and MUNIZ would touch John Doe's penis. MUNIZ would then force John Doe to have vaginal sex with her. If John Doe did not do what MUNIZ wanted, MUNIZ would slam him onto the bed and either slap or punch him.

10. During this time frame, MUNIZ would grab John Doe's hand and force his fingers to move back and forth against the outside of her vagina, as well as the inside of her vagina.

11. During this time frame, MUNIZ would force John Doe to take a shower with her. During the shower, MUNIZ would force John Doe to have vaginal sex with her. If John Doe tried to say no, MUNIZ would slap him.

### PROBABLE CAUSE – JANE DOE 1

**Physical abuse**

12. On April 14, 2025, CAFI Kimbell interviewed the eldest sibling, Jane Doe 1 (year of birth 2005), now 19 years old. The interview was conducted at FBI Farmington Resident Agency.

13. In that interview, Jane Doe 1 stated that she was physically abused by her mother, MUNIZ, on numerous occasions from approximately age 5 to 15 or 16 (thus, from on or between August 31, 2010, to August 31, 2021). She reported that during ages 5 to 13, the physical abuse happened on a weekly basis, but the abuse lessened during from 13 to 16, with the physical abuse happening approximately monthly.

14. The most serious incident that Jane Doe 1 reported was when she was approximately 5 years of age or younger (thus, on or between January 1, 2009, and December 31, 2010). Jane Doe 1 stated that on a Sunday after church, Jane Doe 1 told MUNIZ repeatedly that she had to go to the bathroom, but MUNIZ told her to hold it. Jane Doe 1, who was still wearing her church dress, tried running into the house at 13 Onate Street in Dulce to make it to the bathroom. Jane Doe 1 was unable to get to the bathroom in time; she urinated in her dress. MUNIZ got mad. She grabbed Doe 1's arm and dragged her to the bathroom. MUNIZ threw Doe 1 into the bathroom and yelled at Doe 1. MUNIZ grabbed Jane Doe 1's arm and hit Jane Doe 1 with MUNIZ'S hand. MUNIZ pushed Jane Doe 1 hard into the toilet bowl. Jane Doe 1 felt sharp pain in her arm. Jane Doe 1's father, Witness 1, eventually came and picked Doe 1 up to take her to the hospital. Medical personnel determined Jane Doe 1 sustained a broken arm. At the hospital, MUNIZ told Jane Doe 1 not to tell anyone MUNIZ did this to her and to tell them she fell off her bike.

## ADDITIONAL INVESTIGATION

15. On April 14, 2025, CAFI Kimbell interviewed John and Jane Doe 1's sister, Jane Doe 2 (year of birth 2010), now 14 years old. The interview was conducted at

FBI Farmington Resident Agency. In that interview, Jane Doe 2 provided statements corroborating that MUNIZ had committed physical and sexual abuse against John Doe and Jane Doe 1. For instance, Doe 2 was able to recall that her sister, Jane Doe 1, had told Jane Doe 2 that there was an incident that happened when Jane Doe 2 was a baby. Jane Doe 2 had drawn on the bed with lipstick. MUNIZ got very mad, so Jane Doe 1 took the blame because she was worried Jane Doe 2 would get hurt by MUNIZ. MUNIZ then took Jane Doe 1 into the bathroom, threw Jane Doe 1 around and pushed her down, which resulted in Jane Doe 2 breaking her arm on the toilet. (Although Jane Doe 2 recalls different reasons for MUNIZ breaking Jane Doe 1's arm than what Jane Doe 1 told investigators, your affiant believes that Jane Doe 2 was referring to the same incident as discussed above and the fact that both recall MUNIZ breaking Jane Doe 1's arm is corroborative).

16.     Jane Doe 2 also reported that when Jane Doe 2 was approximately 11 years of age, John Doe spilled a fruit cup, which angered MUNIZ. John Doe was taken into the bathroom by MUNIZ. Jane Doe 2 could hear MUNIZ slapping and hitting John Doe in the bathroom. Jane Doe 2 could hear banging around. John Doe came out of the bathroom with a red face and red arms.  Jane Doe 2 further reported that she was aware that MUNIZ and John Doe would sleep together. Jane Doe 2 stated that John Doe told Jane Doe 2 that he was being touched by MUNIZ in an inappropriate way while they slept together. Jane Doe 2 stated that MUNIZ did not want John Doe to sleep on his own, MUNIZ always wanted him to sleep with MUNIZ. John Doe told Jane Doe 2 that at those times, MUNIZ would touch him "weird," and he felt really scared.

17. During the aforementioned forensic interview, Jane Doe 2 provided statements of her own physical abuse (though the abuse of Jane Doe 2 is not included in the present complaint). Your Affiant will continue investigating acts committed by MUNIZ against Jane Doe 2.

## JURISDICTIONAL INFORMATION

18. As referenced above, the incidents occurred at or near 13 Onate Street, Dulce, NM, 87528, in Rio Arriba County. Investigators determined this location to be within the exterior boundaries of the Jicarilla Apache Nation Indian Reservation and is thus "Indian Country" under federal law.

19. Investigators also determined that MUNIZ, John Doe, and Jane Doe 1 are all enrolled members of the Jicarilla Apache Nation and are thus "Indians" under federal law.

## CONCLUSION

20. Based on the above information, I submit that there is probable cause to believe that MUNIZ violated (1) 18 U.S.C. §§ 1153, 2241(c) – Aggravated Sexual Abuse occurring in Indian Country, and (2) 18 U.S.C. § 1153 and N.M. STAT. ANN. § 30-6-1(D) – Abandonment and Abuse of a Child occurring in Indian Country against John Doe and Jane Doe 1.

21. Therefore, I respectfully request that the Court approve the attached criminal complaint and issue an arrest warrant for MUNIZ.

22. This complaint was reviewed and approved by Assistant United States Attorney Eliot Neal.

_____
Jared Harshbarger
Special Agent
Federal Bureau of Investigation



Subscribed to and telephonically sworn before me
this __17__ day of April 2025

_____
THE HONORABLE KAREN B. MOLZEN
United States Magistrate Judge