# UNITED STATES DISTRICT COURT
для the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America

v.

Lory Muniz
_Defendant_

Case No. 25-MJ-781

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, **Lory Muniz**, Defendant, understand that I am scheduled for a **initial** hearing on **04/18/2025**.
   _nature of hearing_                _date_

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 04/18/2025

_Defendant's signature_

_Signature of defendant's attorney_

Jim Loonam
_Printed name of defendant's attorney_

jim_loonam@fd.org
_Defendant's attorney's e-mail address_