# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar, United States Magistrate Judge

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 25-MJ-781 KBM | UNITED STATES vs. Muniz | |
| Hearing Date: | Wednesday, April 23, 2025 | Time In and Out: | 2:15 p.m./3:12 p.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Lory Muniz | Defendant's Counsel: | Buck Glanz |
| AUSA: | Robert Eliot Neal | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ____ on ____ @ ____

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Court finds probable cause    ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives right to contest detention
- ☒ Defense-proffers for release; AUSA-proffers for detention; Defense-responds; Court-findings

## Custody Status

- ☐ Defendant
- ☒ Conditions of release imposed (Defendant will remain detained pending bedspace at La Pasada Halfway House)

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ____ for Final Revocation Hearing
- ☒ AUSA calls FBI Special Agent Cristina Sandoval, sworn, direct; cross-examination by B. Glanz; redirect by AUSA Neal; witness excused; AUSA argues for probable cause; Defense argues against probable cause; Court findings, Court finds probable cause.